UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUTIERREZ MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>SUPERIOR COURT OF ORANGE COUNTY, ET AL.,<br><br>　　　　　Respondents. | CASE NO. SA CV 13-1124-GW (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Dismissing Petition Without Prejudice,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

　　　DATED:　　November 7, 2013.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\SA13CV01124GW-J.wpd